COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Cause No   01-12-00826-CV; *In re JC Glass, Inc.*, Relator

Original Proceeding on Petition for Writ of Mandamus from *Sardari v. Goodman Huang Hospitality Ltd.*, Cause No. 2010-28382, in the 151st District Court of Harris County, Texas.

On September 12, 2012, relator JC Glass, Inc. filed a motion for emergency relief requesting a stay of trial court proceedings.  It is **ordered** that the response, if any, of any real party in interest, is due **Monday, September 17, 2012.**

It is so ORDERED.

Judge's signature: ____/s/ Justice Massengale_____
                        Acting individually

Date: ___September 13, 2012_____